**Opinion issued May 5, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00230-CV

————————————

**AHUNANYA ANGA, Appellant**

**V.**

**KRUGER GENERAL SERVICES DBA KRUGER DISASTER RECOVERY TEA, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Brazoria County, Texas**
**Trial Court Case No. CI69537**

---

## MEMORANDUM OPINION

Appellant Ahunanya Anga has filed a motion for voluntary dismissal of this appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

# PER CURIAM

Panel consists of Justices Gunn, Caughey, and Morgan.